# UNITED STATES BANKRUPTCY COURT
**Eastern District of Kentucky**
**Covington Division**

Mailing Address: P.O. Box 1111, Lexington, KY 40588−1111

| | |
|---|---|
| In Re: Michael J. Hauser | Case Number: 10−21482−tnw |
| aka/dba: | Chapter: 13 |
| Debtor(s) | |

## NOTICE OF DISMISSAL

You are hereby notified that an order was entered on 07/14/2010, dismissing the above−captioned chapter 13 case.

DATED: July 14, 2010

By the court −

/s/ Tracey N. Wise
Tracey N. Wise
U.S. Bankruptcy Judge

KYE_nod                                                                                       22