**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | |
|---|---|
| In re: | : |
| | : |
| Michael J. Hauser | : Case No.: 10-21482 |
| | : Chapter 13 |
| Debtor. | : Judge Tracey N. Wise |
| | : * * * * * * * * * * * * * * * * * * * * |
| | : |

## OBJECTION TO CONFIRMATION OF PLAN (DOCKET NUMBER 3)

Now comes The Bank of New York Mellon fka The Bank of New York, as Trustee for The Certificateholders CWABS, Inc., Asset-Backed Certificates, Series 2006-6 ("Creditor"), by and through its mortgage servicing agent BAC Home Loan Servicing, by and through its attorneys, Manley Deas Kochalski LLC, and objects to confirmation of the Chapter 13 plan of Michael J. Hauser ("Debtor"). For the reasons which follow, confirmation should be denied.

## MEMORANDUM IN SUPPORT OF OBJECTION

Creditor is a creditor herein secured by a first mortgage lien upon the Debtor's real estate located at 632 4th Avenue, Dayton, KY 41074. The Debtor's Chapter 13 Plan proposes to treat Creditor's claim unfairly by providing for an inadequate arrearage amount. The amount of the arrearage in the Chapter 13 Plan is $0.00 and the amount that Creditor has cestimated for its claim is $3,156.14. In addition, Creditor objects to said treatment and asserts that, as of the petition date herein, Creditor's claim was fully secured by value in the real estate. Accordingly, § 1322(b)(2) of the Bankruptcy Code and the United States Supreme Court's holding in <u>Nobleman v. American Savings Bank</u> (In re: Nobleman), 508 U.S. 324 (1993) prohibit the Debtor's proposed modification of Creditor's mortgage.

10-510167-062910-SMP

We are filing this Objection solely to give Notice to the Court that we object to the Plan as stated because the arrearage is less than our Proof of Claim. It is our understanding that the Trustee intends to pay our Claim based on our file-stamped Proof of Claim, and that the Debtor does not have an Objection to our Proof of Claim arrearage amount.

If no response is filed to this Objection by the Trustee, Debtor, or any other interested party, we acknowledge that the Court will confirm the Plan based on our Proof of Claim amount, and that amount will be paid by the Trustee.

        Respectfully submitted,

        /s/ Holly N. Wolf
        Holly N. Wolf (KBA #92245)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus OH  43216-5028
        614-220-5611; Fax: 614-627-8181
        hnw@mdk-llc.com; kybnkr@mdk-llc.com
        Attorney for Creditor

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Objection to Confirmation was served on the parties listed below via e-mail notification:

| | |
|---|---|
| Office of U.S. Trustee<br>Eastern District of Kentucky<br>Party of Interest<br>100 East Vine Street, 8th Floor<br>Lexington, KY  40507 | Beverly M. Burden<br>P.O. Box 2204<br>Lexington, KY  40588<br>questions@ch13edky.com |

The below listed parties were served via regular U.S. Mail, postage prepaid on July 19, 2010:

| | |
|---|---|
| Michael J. Hauser<br>632 Fourth Ave<br>Dayton, KY  41074 | Michael J. Hauser<br>632 4th Avenue<br>Dayton, KY  41074 |

  /s/ Holly N. Wolf
Holly N. Wolf

10-510167-062910-SMP